117789 230x 0.00
United States District Court Eastern County of District of New York

Attorney: Katz & Kleinman PLLC

Nathan Katz, on behalf of himself & all others similarly situated

Petitioner
Plaintiff(s),

Index # 2783/05

-against-

AFFIDAVIT OF SERVICE

Asset Acceptance LLC et al

Respondent
Defendant(s).

STATE OF DELAWARE : COUNTY OF NEW CASTLE SS:

William Golt BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF Delaware

That on 6/21/05 at 2:00 pm at 1209 Orange Street Wilmington, DE 19801 deponent served the within Summons In A Civil Action & Complaint

on ASSET ACCEPTANCE LLC C/O THE CORPORATION TRUST COMPANY, therein named.

INDIVIDUAL
A.
by delivering a true copy of each to said defendants personally: deponent knew the person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

CORPORATION/BUSINESS
B. XX
a (domestic)(foreign)corporation/business by delivering thereat a true copy of each to Brian Penrod Personally, deponent knew said corporation/business so serve d to be the corporation/business described in said summons as said defendant and knew said individual to be Managing Agent duly authorized to accept thereof.

SUITABLE AGE PERSON
C.
by delivering thereat a true copy(ies) of each to a person of suitable age and discretion. Said premises is defendants (actual place of business)(dwelling house)(usual place of abode)within the state. (S)He identified (her)himself as of defendant.

AFFIXING TO DOOR, ETC.
D.
by affixing a true copy(ies) of each to the door of said premises, which is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. Deponent was unable, with due diligence, to find defendant, a person of suitable age and discretion or a work address thereat, having called there on

MAILING USE WITH
Deponent also mailed a copy(ies) of same post paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "personal & confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx | Weight (Approx. |
|---|---|---|---|---|---|
| M | W | Black | 25 | 5'10" | 180 |

MILITARY SERVICE
Above person was asked whether the defendant(s) was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant(s) is (are) not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

USE IN NYC CIVIL CT.
The language required by NYCRR (e), (f) & (H) was set forth on the face of the said summons (es).

SUPREME COURT ACTION
Papers so served were properly endorsed with the index number and date of filing.

Sworn before me on June 22, 2005

[signature]

KIMBERLY J. SWAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008
4/15/08

[signature]

LICENSE NO.
William Golt (no #s in DE)