KATZ & KLEINMAN PLLC
ATTORNEYS AT LAW
626 RECKSON PLAZA
UNIONDALE, NEW YORK 11556-0626
LKATZ@KATZANDKLEINMAN.COM

LAWRENCE KATZ

TELEPHONE
(516) 522-2621
FACSIMILE
(888) 903-8400

February 24, 2006

Honorable David G. Trager
United States District Court Judge
225 Cadman Plaza East
New York, New York 10007

Re: **Katz v. Aset Acceptance. LLC, et all.**
**CV 05-2783 (DGT) (CLP)**

Dear Judge Trager:

Plaintiff is writing in opposition to the request of the defendants and in support of hiscontemplated cross-motion for summary judgment.

Plaintiff was sued in the wrong venue in violation of the Fair Debt collections practices Act.

Defendant Goldman & Warshaw admits its error but claims the bona fide error defense. However, since this error is not a clerical one, this defense is simply unavailable to it.

Thank you for your consideration in this matter.

Sincerely,

Lawrence Katz