KATZ & KLEINMAN PLLC
ATTORNEYS AT LAW
626 RECKSON PLAZA
UNIONDALE, NEW YORK 11556-0626
LKATZ@KATZANDKLEINMAN.COM

LAWRENCE KATZ

TELEPHONE
(516) 522-2621
FACSIMILE
(888) 903-8400

May 3, 2006

Honorable David G. Trager
United States District Court Judge
225 Cadman Plaza East
New York, New York 10007

Re: **Katz v. Aset Acceptance. LLC, et all.**
**<u>CV 05-2783 (DGT) (CLP)</u>**

Dear Judge Trager:

Plaintiff is writing to inform the court of changes within the original motion schedule.

Defendants Goldman & Warshaw and Jeffrey Parrella served their papers in a timely manner, however in serving the papers the Rule 56.1 statement was inadvertently omitted.

This necessitated an extension of time for plaintiff to serve its opposition. On May 2, 2006, the plaintiff did in fact serve its opposition and it is anticipated that the reply of the defendants will be served on May 9, 2006.

Thank you for your consideration in this matter.

Sincerely,

Lawrence Katz